```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

**M.S. and ABDULWALI SALEH,**

          **Plaintiffs,**

    - against -

**BURLINGTON COAT FACTORY WAREHOUSE CORP.**

          **Defendants.**

―――――――――――――――――――――――――――――

20-cv-10776 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The parties should submit a Rule 26(f) report by January 8, 2021.

**SO ORDERED.**

**Dated:**   **New York, New York**
          **December 28, 2020**

                                      /s/ John G. Koeltl
                                        **John G. Koeltl**
                              **United States District Judge**