```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| M.S., an infant, by his father and natural guardian ABDOULWALI SALEH, and ABDOULWALI SALEH, individually, | 20-cv-10776 (JGK) <br><br> ORDER |
| Plaintiffs, | |
| - against - | |
| BURLINGTON COAT FACTORY OF TEXAS, INC., | |
| Defendant. | |

JOHN G. KOELTL, District Judge:

The Court has reviewed the Report and Recommendation of Magistrate Judge Netburn dated January 10, 2022. The Report recommends that the Court approve the settlement of this case. The Magistrate Judge carefully reviewed the settlement involving the infant plaintiff in accordance with law and concluded that the settlement should be approved and the case dismissed pursuant to the terms of the settlement. No objections were filed and the time for objections has passed. In any event, the Court finds that the Report and Recommendation is well founded and should be adopted.

Therefore, the settlement is approved and the parties are directed to implement the settlement.

The case having been settled, the Clerk is directed to enter judgment dismissing the case with prejudice and closing the case.

**SO ORDERED.**

Dated:   New York, New York
         January 28, 2022

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    United States District Judge