**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
M.S., an infant, by his father and natural
guardian ABDOULWALI SALEH, and
ABDOULWALI SALEH, individually,
                                Plaintiffs,

              -against-

BURLINGTON COAT FACTORY OF TEXAS,
INC.,
                         Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2022

20 **CIVIL** 10776 (JGK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 31, 2022, the Court has reviewed the Report and Recommendation of Magistrate Judge Netburn. The Court finds that the Report and Recommendation is well founded and is adopted. The settlement is approved and the case is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          January 31, 2022

                                                      RUBY J. KRAJICK
                                                      **Clerk of Court**
                        **BY:**
                                                          **Deputy Clerk**